# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### WAYCROSS DIVISION

ANTHONY POWELL,

      Plaintiff,

    v.

MICHAEL WOODS, Chief of Security;
Warden GOODRICH; ANGELA
McQUAIG; Ms. WILSON, Officer;
and Warden MILES,

      Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:

CIVIL ACTION NO.: CV511-056

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Warden Goodrich, Angela McQuaig, Ms. Wilson, and Warden Miles are **DISMISSED**.

**SO ORDERED**, this _____ day of _____, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)