AO 72A
(Rev. 8/82)

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
WAYCROSS DIVISION

ANTHONY POWELL,

    Plaintiff,

v.

MICHAEL WOODS, Chief of Security;
JERRY MILES; ANGELA McQUAIG;
and TIFFANEY WILSON,

    Defendants.

CIVIL ACTION NO.: CV511-056

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Defendants' Motion for Summary Judgment is **GRANTED** in part and **DENIED** in part. Summary Judgment is granted in favor of Defendants McQuaig, Wilson, and Miles on all of Plaintiff's claims. Plaintiff's conditions of confinement and deliberate indifference claims are **dismissed**. Plaintiff's claim against Defendant Woods for use of excessive force remains pending.

**SO ORDERED**, this 15 day of May, 2012.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA